# United States District Court
## Central District of California

**ORIGINAL**

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR- 99-481-CAS(A) |
| **Defendant** ELY AFIF BOUJAOUDE | Social Security No. 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 (see attachment 1a) |
| akas: Ely Afif Abou-Jawdeh, (see attachment 1a) | |
| & Residence Address: Metropolitan Detention Center, 535 N. Alameda St., Los Angeles, CA 90012 | Mailing Address: 7716 Vanalden Avenue, Reseda, CA 91335   (818-718-1914 |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

**MONTH** 09   **DAY** 22   **YEAR** 2000

**COUNSEL**: [X] WITH COUNSEL   Joseph Vodnoy, Retained
(Name of Counsel)

**PLEA**: [X] not GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDRE   [ ] NOT GUILTY

**FINDING**: There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) of:
18 USC 1542: FALSE STATEMENT IN PASSPORT APPLICATION (COUNT 1), CLASS D FELONY; 18 USC 922(a)(6): FALSE STATEMENT IN ACQUISITION OF A FIREARM (COUNT 2), CLASS C FELONY; 18 USC 922(g)(5): ILLEGAL ALIEN IN POSSESSION OF A FIREARM (COUNT 3), CLASS C FELONY

**JUDGMENT AND PROB./COMMITMENT ORDER**: The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of:

**TEN (10) MONTHS**. This term consists of ten (10) months on each of Counts 1, 2 and 3 of the 3-Count First Superseding Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. This term consists of 3 years on each of Counts 1, 2, and 3, all such terms to run concurrently under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318;

2. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, as directed by the Probation Officer;

3. During the period of community supervision the defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment;

4. As directed by the Probation Officer, the defendant shall provide to the Probation Officer a signed release authorizing credit report inquiries, federal and state income tax returns and an accurate financial statement with supporting documentation to all assets, income and expenses of the defendant. In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer;


ENTERED
10-5-00
OCT - 2000

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. CR- 99-481-CAS(A) |
| Defendant ELY AFIF BOUJAOUDE | Social Security No. 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 (see attachment 1a) |

5. The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally. The defendant is not required to report to the Probation Office while residing outside of the United States; however, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U. S. Probation Office, located at:

   United States Court House
   312 North Spring Street, Room 600
   Los Angeles, California 90012

6. The defendant shall not obtain or possess any driver's license, Social Security number, birth certificate, passport or any other form of identification in any name, other than the defendant's true legal name, without the prior written approval of the Probation Officer; further, the defendant shall not use, for any purpose or in any manner, any name other than his true legal name.

**FINE: $7,000**
It is ordered that the defendant shall pay to the United States a total fine of $7,000, consisting of the following: Count 1, a fine of $1,000; Count 2, a fine of $3,000; and Count 3, a fine of $3,000. The total fine shall bear interest as provided by law. The fine shall be paid in full no later than 90 days from the date of this order.

Pursuant to 18 USC 3612(f)(1), the defendant shall pay interest on any fine of more than $2,500, unless it is paid in full before the fifteenth day after the date of this judgment. Payments may be subject to penalties for default and delinquency pursuant to 18 USC 3612(g).

**SPECIAL ASSESSMENT: $250**
It is ordered that the defendant shall pay to the United States a special assessment of $250, which is due immediately.

*Defendant is informed of his right to appeal this sentence.*

**Statement of reasons**: Total offence level: 10 ; Criminal History Category: I ; Imprisonment Range: 6-12 months; Supervised Release Range: 2-3 years; Fine Range: $2,000 to $20,000. (The applicable edition of the Guidelines Manual is 1990. Count 1 base offense level is 6 and a 2 level upward adjustment for obstruction of justice is applicable, resulting in an adjusted offense level of 8. Counts 2 and 3 have an adjusted offense level of 6, plus an additional 2 level adjustment for obstruction of justice, resulting in an adjusted offense level of 8. An additional 2 level enhancement has been applied pursuant to section 3D1.4, for multiple count adjustment. The final offense level is 10.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the 7supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

**Signed by: United States District Judge** _____
                                                                                                                    Christina A. Snyder

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Sherri R. Carter, Clerk

Dated/Filed October 4, 2000       By _____
                                                                  Maynor Galvez, Deputy Clerk

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this Judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall not possess a firearm or other dangerous weapon;
16. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours.

These conditions are in addition to any other conditions imposed by this Judgment.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

UNITED STATES MARSHAL

DATED: _____    BY: _____

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT

DATED: _____    BY: _____